UNITED STATES of America,
Plaintiff–Appellee

v.

Benjamin RODRIGUEZ–HERNANDEZ,
also known as Benjamin Perez–Romero, Defendant–Appellant.

Nos. 11–40152, 11–40154.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 18, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Derly Joel Uribe, Law Offices of Francisco J. Saldana, Jr., Laredo, TX, for Defendant–Appellant.

Benjamin Rodriguez–Hernandez, Estill, SC, pro se.

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Benjamin Rodriguez–Hernandez has moved for leave to withdraw and has filed a brief and two supplemental briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Rodriguez–Hernandez has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.